**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**VERA JEAN YOUNGER,**

       **Plaintiff,**

**v.**                                  **CIVIL NO. 1:20-CV-67
(KLEEH)**

**SAFECO INSURANCE COMPANY
OF AMERICA,**

       **Defendant.**

## ORDER OF DISMISSAL

The parties in the above-styled action have informed the Court that this case has been compromised and settled.  It is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket, subject to reopening on motion of any party, and for good cause shown, within 90 days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

DATED: March 16, 2022

                             /s/ Thomas S. Kleeh
                             THOMAS S. KLEEH
                             UNITED STATES DISTRICT JUDGE